# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2268
LT Case Nos. 2023-CF-000416-A
2023-CF-000413-A
2023-CF-000418-A
2023-CF-000415-A
2023-CF-000417-A

———————————————

LISA MARIE O'CALLAGHAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Citrus County.
Joel Fritton, Judge.

Matthew J. Metz, Public Defender, and Edward J. Weiss,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Marissa V.
Giles, Assistant Attorney General, Daytona Beach, for Appellee.

January 9, 2024

PER CURIAM.

AFFIRMED.

JAY, HARRIS, and BOATWRIGHT, JJ., concur.

--------------------------------------

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

--------------------------------------